# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| BRUCE CONTWAY, as Personal Representative of the Estate of KATHLEEN CONTWAY,<br><br>Plaintiff,<br><br>vs.<br><br>LORETTA LUKENS and REHABILITATION NURSING CONSULTANTS, INC., an Arizona corporation,<br><br>Defendants. | Cause No. CV-24-31-GF-BMM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW NONPARTIES TO ATTEND REMOTELY** |

Plaintiff Bruce Contway has moved for authorization to allow nonparties to this matter, including the daughter of Decedent Kathleen Contway and her attorney, Robert Bell, and the attorney for the Estate of Kathleen Contway, Shane Reely, to attend the June 10, 2025, hearing on Plaintiff's Application for Entry of Default Judgment remotely by video/Zoom link. Plaintiff's counsel, Dennis Conner and J.R. Conner, will attend in person.

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff's counsel shall arrange with the Clerk's office for the remote appearance.

DATED this 4th day of June, 2025.

_/s/ Brian Morris_
Brian Morris, Chief District Judge
United States District Courts