**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| BRUCE CONTWAY, as Personal Representative of the Estate of KATHLEEN CONTWAY,<br><br>Plaintiff,<br><br>vs.<br><br>LORETTA LUKENS and REHABILITATION NURSING CONSULTANTS, INC., an Arizona corporation,<br><br>Defendants. | Cause No. CV-24-31-GF-BMM<br><br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW WITNESS TO APPEAR REMOTELY** |

Plaintiff Bruce Contway has moved for authorization to allow his witness, John L. Pund, CPA, Esq., to appear and testify at the June 10, 2025, hearing on Plaintiff's Application for Entry of Default Judgment (Doc. 30) remotely by video/Zoom link. IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff's counsel shall arrange with the Clerk's office for the remote appearance.

DATED this 9th day of June, 2025.


Brian Morris, Chief District Judge
United States District Courts