UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BRUCE CONTWAY, as Personal Representative of the Estate of KATHLEEN CONTWAY,<br><br>        Plaintiff,<br><br>vs.<br><br>LORETTA LUKENS and REHABILITATION NURSING CONSULTANTS, INC., an Arizona Corporation,<br><br>        Defendants. | Case No. CV-24-31-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED : The Estate of Kathleen Contway damages amount $ 2,172,499.  The Court finds that Defendants' wrongful conduct was aggravated by the kind of actual malice and actual fraud for which Montana law allows the imposition of exemplary damages. The Estate of Kathleen Contway is owed exemplary damages in the amount of $2,000,000 by Defendant pursuant to § 27-1-220(2)-(3) Mont. Code. Ann. The Court finds that the Plaintiff is entitled to recover attorney fees in the amount of $45,000. The sum of recovery owed to Plaintiff by Defendant is $4,172,499. Defendant also shall pay attorney fees in the amount of $45,000, plus statutory interest from entry of judgment, and that execution should be issued. The Clerk of Court shall enter Judgment accordingly and close this case.

Dated this 11th day of June, 2025

                    TYLER P. GILMAN, CLERK

            By:    /s/ M. Stewart
                    Deputy Clerk