UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BRUCE CONTWAY, as Personal Representative of the Estate of KATHLEEN CONTWAY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LORETTA LUKENS and REHABILITATION NURSING CONSULTANTS, INC., an Arizona Corporation,<br><br>　　　　　Defendants. | Case No. CV-24-31-GF-BMM<br><br>AMENDED JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED : Pursuant to Order [45], Motion for

Entry of Default is GRANTED.

Dated this 18th day of June, 2025

                TYLER P. GILMAN, CLERK

          By:   /s/ M. Stewart
                Deputy Clerk